**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Georgeanne Pasch-Clamp and,<br>Richard Clamp,<br><br>    Plaintiff,<br><br>  v.<br><br>Lower Mount Bethel Township,<br>John Ducusatis, and Barry Isett &<br>Associates, Inc.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action:<br><br><br>**Removed From:**<br>**Court of Common Pleas**<br>**of Northampton County** |

## PETITION FOR REMOVAL

*PLEASE TAKE NOTICE* that Defendant, Lower Mount Bethel Township (hereinafter "Defendant"), by and through its undersigned counsel hereby removes this action from the Court of Common Pleas of Northampton County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1441, *et seq.*, as follows:

1.      On July 21, 2020, Plaintiffs, Georgeann Pasch-Clamp and Richard Clamp (hereinafter "Plaintiffs"), filed a Complaint in the Court of Common Pleas of Northampton County, Pennsylvania, docketed as Case No. C48-CV-20250-4061.

2.      Plaintiff's Complaint alleges claims for: 1) Mandamus; 2) Damages in Mandamus; and 3) Violations of Equal Protection and Due Process under the United States Constitution. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

3.      Defendant was served with a copy of the Complaint on or about July 23, 2020.

4.      All Defendants who have been served with the Complaint consent to the removal of this matter.

- 1 -

- 2 -

5.    On August 14 2020, Michael S. McCarter, Esquire, counsel for Defendants John Ducusatis and Barry Isett & Associates, Inc., gave his written concurrence to removal.  A true and correct copy of an August 14, 2020, email from Mr. McCarter is attached hereto as Exhibit "B".

6.    This Notice of Removal is filed within thirty (30) days after receipt of the Complaint by Defendant.

7.    The United States District Court for the Eastern District of Pennsylvania has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1367.

8.    The proper venue for removal jurisdiction is the United States District Court for the Eastern District of Pennsylvania because it embraces the place where the action is pending and the place where all of the alleged acts and omissions took place.

9.    Written notice of the filing of this Notice of Removal is being forwarded promptly to Plaintiff's counsel and the Prothonotary of the Pennsylvania Court of Common Pleas of Northampton County, in accordance with 28 U.S.C. § 1446(d).

10.    Defendant does not waive any defenses available under Pennsylvania law by filing this removal.

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: _____

Rufus A. Jennings, Esquire
Pa. Attorney Identification No. 93030
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone:  (215) 587-9400
Fax:     (215) 5879456
Email:  rjennings@dmvlawfirm.com

Attorney for Defendant
Lower Mount Bethel Township

Date: 8/18/2020

## Certificate of Service

I, Rufus A. Jennings, hereby certify that, on the date set forth below, I did cause a true and correct copy of the foregoing Notice of Removal to be served on the following individual via email:

Mark Malkames, Esquire
**MALKAMES LAW OFFICES**
509 West Linden Street
Allentown, PA 18101

Michael S. McCarter, Esquire
**BREHM, NOFER & MCCARTER, P.C.**
161 Washington Street, Suite 1450
Conshohocken, PA 19428

Rufus A. Jennings, Esquire

Date: 8/18/2020